FILED

DEC 05 2016

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JON MOHATT, <br><br> Relator, <br><br> vs. <br><br> KALISPELL REGIONAL HEALTHCARE; KALISPELL REGIONAL MEDICAL CENTER; and JOHN DOES 1-100, <br><br> Defendants. | CV 16–125–M–DWM <br><br> ORDER |

    Relator Jon Mohatt moves for the admission of Bryan Vroon to practice before this Court in this case with Paul Odegaard to act as local counsel. Mr. Vroon's application appears to be in order.

    Accordingly, IT IS ORDERED that Relator's motion to admit Bryan Vroon *pro hac vice* (Doc. 9) is GRANTED on the condition that Mr. Vroon shall do his own work. This means that Mr. Vroon must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or

1

from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Vroon, within fifteen (15) days of the date of this Order, files a notice acknowledging:

(1) His admission under the terms set forth above;

(2) The submission of an additional $5.00 in light of the intervening increase in *pro hac vice* admission fee, see Standing Or. DLC-27 (Nov. 16, 2016); and

(3) Compliance with Montana Rule of Professional Conduct 8.5, which requires written certification to the Montana Supreme Court.

DATED this 5th day of December, 2016.

Donald W. Molloy, District Judge
United States District Court