FILED

SEP 26 2017

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JON MOHATT,<br><br>Relator,<br><br>vs.<br><br>KALISPELL REGIONAL HEALTHCARE; KALISPELL REGIONAL MEDICAL CENTER; and JOHN DOES 1-100,<br><br>Defendants. | CV 16–125–M–DWM<br><br>ORDER<br>*SEALED* |

A sealed status conference having been held in this matter on September 26, 2017,

IT IS ORDERED that the above-captioned matter remain under seal for an additional ninety (90) days. After the expiration of the ninety days, the case will be unsealed unless it is resolved. Within forty-five (45) days from the date of this Order, the United States shall provide notice to the Court if a settlement conference with United States Magistrate Judge Jeremiah Lynch would be helpful

in resolving the matter.

Dated this 26th day of September, 2017.

_____
Donald W. Molloy, District Judge
United States District Court