IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

MAY 0 4 2018

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.*<br>JON MOHATT,<br><br>    Relator,<br><br>vs.<br><br>KALISPELL REGIONAL<br>HEALTHCARE; KALISPELL<br>REGIONAL MEDICAL CENTER;<br>and JOHN DOES 1-100,<br><br>    Defendants. | CV 16–125–M–DWM<br><br><br>ORDER<br>*SEALED* |

   The United States having moved unopposed to maintain the seal in this

matter for an additional month pending the parties' settlement,

   IT IS ORDERED that the United States' motion (Doc. 44) is GRANTED.

This matter shall remain under seal up to and including June 8, 2018.  If the

settlement is not final by May 8, 2018, the case will be unsealed.  No further

requests to extend the seal will be granted.

   DATED this _____ day of May, 2018.


Donald W. Molloy, District Judge
United States District Court