IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JON MOHATT,<br><br>Relator,<br><br>vs.<br><br>KALISPELL REGIONAL HEALTHCARE; KALISPELL REGIONAL MEDICAL CENTER; and JOHN DOES 1-100,<br><br>Defendants. | CV 16-125-M-DWM<br><br><br><br>ORDER |

Defendants Kalispell Regional Healthcare and Kalispell Regional Medical Center having filed an unopposed motion for an indefinite extension of time to file their Answer in this case,

IT IS ORDERED that the motion (Doc. 51) is GRANTED in PART. Defendants shall have until Oct. 1, 2018, to file their Answer.[1]

DATED this 2nd day of August, 2018.

Donald W. Molloy, District Judge
United States District Court

---

[1] In the event the government has not been able to act by October 1, the Court will consider an additional extension only on grounds other than the government's inaction.