IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF MONTANA, *ex rel.* JON MOHATT,<br><br>Relator,<br><br>vs.<br><br>HEALTHCENTER NORTHWEST, LLC, et al.,<br><br>Defendants. | Lead Case No.<br>CV 18–80–M–DWM<br><br>Member Case No.<br>CV 16–125–M–DWM<br><br>ORDER |

The United States has filed an ex parte notice of election to intervene in part and to decline to intervene in part, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3). (Doc. 12.) As part of the notice, the parties have informed the Court that there are no objections to the unsealing of cause numbers CV–16–125–M–DWM and CV 18–80–M–DWM. (*Id.* at 1.) Nevertheless, the United States requests that certain documents in these causes remain sealed. (*Id.* at 4.) The parties have also filed a stipulation for dismissal pursuant to Rule 41(a). (Doc. 13.) Accordingly,

IT IS ORDERED that the United States has until 5:00 p.m. today, September 26, 2018, to SHOW CAUSE as to why cause numbers CV–16–125–M–DWM and CV 18–80–M–DWM should not be unsealed in their entirety. The United States'

filing to show cause shall include citations to proper authority in support of the United States' position.

IT IS FURTHER ORDERED that the above-captioned causes are DISMISSED WITH PREJUDICE pursuant to the parties' joint stipulation of dismissal (Doc. 13). All pending motions are MOOT and all deadlines, excepting the show cause deadline set by this Order, are VACATED. The Court declines to retain jurisdiction over enforcement of the parties' settlement agreement. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

DATED this 26th day of September, 2018.

Donald W. Molloy, District Judge
United States District Court